```
UNITED STATES BANKRUPTCY COURT          HEARING DATE: December 4, 2024
SOUTHERN DISTRICT OF NEW YORK           HEARING TIME: 9:00 a.m. (in person)
WHITE PLAINS DIVISION                   OBJECTION DEADLINE: November 27, 2024
------------------------------------------x
In re:                                   :
                                         : Case No. 24-22629 (CGM)
JOSE POZO,                               :
                                         : (Chapter 13)
                       Debtor.           :
------------------------------------------x
```

**ORDER DIRECTING STANISLAV GOMBERG, ESQ. TO SHOW CAUSE**

WHEREAS, on July 18, 2024, Stanislav Gomberg, Esq. filed a chapter 13 petition on behalf of the Debtor, as the Debtor's bankruptcy counsel; and

WHEREAS, on July 30, 2024, Mr. Gomberg filed a chapter 13 plan (the "Plan") on the Debtor's behalf; and

WHEREAS, on August 9, 2024, secured creditor U.S. Bank Trust National Association, Solely as Owner and Trustee for RCF2 Acquisition Trust ("U.S. Bank"), filed an Objection to the Plan (the "Objection"); and

WHEREAS, on October 9, 2024, the Court held a hearing on the Objection and confirmation of the Plan (the "Confirmation Hearing"); and

WHEREAS, Mr. Gomberg failed to appear at the Confirmation Hearing; it is hereby

ORDERED, that Stanislav Gomberg, Esq. appear **in person** before the Honorable Cecelia G. Morris, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Southern District of New York, White Plains Division, 300 Quarropas Street, Courtroom 621, White Plains, New York 10601, on Wednesday, December 4, 2024, at 9:00 a.m., and show cause why he should not be sanctioned for his failure to adequately represent the Debtor; and it is further

ORDERED, that sanctions, including but not limited to, disgorgement of attorney's fees and referral to the Grievance Committee, may be imposed.



**Dated: November 12, 2024
Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris
U.S. Bankruptcy Judge**